**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

MIDDLE _____ District of FLORIDA _____
(State)

Case number (If known): _____ Chapter 7___

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

**1. Chapter of the Bankruptcy Code**

*Check one:*

☒ Chapter 7
☐ Chapter 11

## Part 2: Identify the Debtor

**2. Debtor's name**

Sherwood Construction, Inc.

**3. Other names you know the debtor has used in the last 8 years**

Include any assumed names, trade names, or *doing business as* names.

None

**4. Debtor's federal Employer Identification Number (EIN)**

☐ Unknown

5 9 – 2 3 8 0 9 1 1
EIN

**5. Debtor's address**

| Principal place of business | Mailing address, if different |
|---|---|
| 5526 Hansel Avenue | |
| Number   Street | Number   Street |
| | P.O. Box |
| Orlando       FL   32809 | |
| City       State   ZIP Code | City       State   ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Orange | |
| County | Number   Street |
| | |
| | City       State   ZIP Code |

Debtor    Sherwood Construction, Inc._____     Case number (if known)_____
          Name

---

**6. Debtor's website** (URL)    _____
                                 None

---

**7. Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other type of debtor. Specify: _____

---

**8. Type of debtor's business**

*Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the types of business listed.
☐ Unknown type of business.

---

**9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**

☐ No

☒ Yes. Debtor _Canaveral Crossroads, LLC_____     Relationship _Affiliate_____

District _M.D. Fla. (Orlando)_____ Date filed _____     Case number, if known_____
                                                 MM / DD / YYYY

Debtor _Homemakers Real Estate, LLC_____     Relationship _Affiliate_____

District _M.D. Fla. (Orlando)_____ Date filed _____     Case number, if known_6:25-bk-02685; -05570_
                                                 MM / DD / YYYY

---

**Part 3:    Report About the Case**

---

**10. Venue**

*Check one:*

☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.

☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

---

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*

☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.

☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

---

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

☒ No

☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

---

Debtor   Sherwood Construction, Inc.
        Name                                  Case number (if known)

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Horton Johnson | Money owed - unsecured, non-contingent, and undisputed | $ 917,000.00 |
| Cape Crossing Vacation Rentals, LLC | Money owed - unsecured, non-contingent, and undisputed | $ 59,484.00 |
| IMQA Investments, Inc. | Money owed - unsecured, non-contingent, and undisputed | $ 1,156,358.99 |
| | Total of petitioners' claims | $ 2,132,842.99 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

**Part 4:    Request for Relief**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

**Name and mailing address of petitioner**

Horton S. Johnson
Name

P.O. Box 1511
Number    Street

Orlando          FL      32802
City              State      ZIP Code

**Name and mailing address of petitioner's representative, if any**

HORTON   JOHNSON
Name

2523  KISSAM COURT
Number    Street

BELLE ISLE    FL   32809
City       State   ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   07/14/2026
           MM  / DD /YYYY

✗   _Horton S. Johnson_
Signature of petitioner or representative, including representative's title

**Attorneys**

Matthew A. Leibert, Esquire
Printed name

_____
Firm name, if any

5782A S. Semoran Blvd.
Number    Street

Orlando         FL      32822
City          State     ZIP Code

Contact phone   (407) 579-8355      Email leibert@urbanthier.com

Bar number    0752266

State          Florida

✗   /s/ Matthew A. Leibert
Signature of attorney

Date signed    07/14/2026
           MM  / DD /YYYY

Debtor      Sherwood Construction, Inc.
            Name                                                              Case number (if known)_____

**Name and mailing address of petitioner**

Cape Crossing Vacation Rentals, LLC
Name

4409 Hoffner Avenue, #348
Number    Street

Orlando                      FL            32812
City                         State         ZIP Code

**Name and mailing address of petitioner's representative, if any**

Horton Johnson, Authorized Agent
Name

_____
Number    Street

_____
City                         State         ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   07/14/2026
              MM / DD / YYYY

✗   _Horton S. Johnson_____
Signature of petitioner or representative, including representative's title

---

_____
Printed name

_____
Firm name, if any

_____
Number    Street

_____
City                State          ZIP Code

Contact phone _____ Email _____

Bar number      _____

State           _____

✗   _____
Signature of attorney

Date signed      _____
                 MM  / DD  / YYYY

---

**Name and mailing address of petitioner**

IMQA Investments, Inc.
Name

1311 Hoffner Avenue
Number    Street

Orlando                      FL            32809
City                         State         ZIP Code

**Name and mailing address of petitioner's representative, if any**

Frank Amodeo, Authorized Agent
Name

1311 Hoffner Ave.
Number    Street

Orlando                      Fla.          32809
City                         State         ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   07/14/2026
              MM / DD / YYYY

✗   _____
Signature of petitioner or representative, including representative's title

---

Lawrence Kosto, Esq.
Printed name

Kosto & Rotella, P.A.
Firm name, if any

1517 East Robinson St., P.O. Box 113
Number    Street

Orlando                      FL            32802
City                         State         ZIP Code

Contact phone   (407) 425-3456   Email lkosto@kostoandrotella.com

Bar number      0765325

State           Florida

✗   _____
Signature of attorney

Date signed      _____
                 MM  / DD  / YYYY

---

# CREDITOR MAILING MATRIX

*In re Sherwood Construction, Inc. — Involuntary Chapter 7*
*U.S. Bankruptcy Court, M.D. Fla., Orlando Division*

---

*Prepare the matrix in the format required by the Clerk (one creditor per block, name and complete mailing address, no account numbers, in the court's upload/text format). List the Alleged Debtor, the three Petitioning Creditors, and all other known creditors of the Alleged Debtor. Placeholder entries below — replace with verified names and addresses.*

Sherwood Construction, Inc.
4409 Hoffner Avenue, #348
Orlando, FL 32812

Horton Johnson
2523 Kissam Court
Belle Isle, FL 32809

Cape Crossing Vacation Rentals, LLC
4409 Hoffner Avenue, #348
Orlando, FL 32812

IMQA Investments, Inc.
1311 Hoffner Avenue
Orlando, FL 32809

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| In re: | Case No. _____ |
| **SHERWOOD CONSTRUCTION, INC.,** | **Chapter 7** |
| Alleged Debtor. | (Involuntary) |

---

## CORPORATE OWNERSHIP STATEMENT OF
## CAPE CROSSING VACATION RENTALS, LLC
### (Fed. R. Bankr. P. 1010(b) and 7007.1)

Pursuant to Federal Rules of Bankruptcy Procedure 1010(b) and 7007.1, **Cape Crossing Vacation Rentals, LLC**, a petitioning creditor in the above-captioned involuntary case, states as follows (check one):

[ ] There is no corporation that directly or indirectly owns 10% or more of any class of the entity's equity interests.

[X] The following corporation(s) directly or indirectly own 10% or more of a class of the entity's equity interests: Tiered Capital, Inc.

---

Respectfully submitted,

/s/ Matthew A. Leibert
**Matthew A. Leibert, Esquire**
Florida Bar No. 0752266
**5782A S. Semoran Blvd., Orlando, FL 32822**

Telephone: (407) 579-8355    Email: leibert@urbanthier.com
Counsel for Petitioning Creditors

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

In re:

**SHERWOOD CONSTRUCTION, INC.,**
Alleged Debtor.

Case No. _____

**Chapter 7**
(Involuntary)

## CORPORATE OWNERSHIP STATEMENT OF
## IMQA INVESTMENTS, INC.
## (Fed. R. Bankr. P. 1010(b) and 7007.1)

Pursuant to Federal Rules of Bankruptcy Procedure 1010(b) and 7007.1, **IMQA Investments, Inc.**, a petitioning creditor in the above-captioned involuntary case, states as follows (check one):

[X]  There is no corporation that directly or indirectly owns 10% or more of any class of the entity's equity interests.

[ ]  The following corporation(s) directly or indirectly own 10% or more of a class of the entity's equity interests:

_____

Respectfully submitted,

/s/ Matthew A. Leibert
**Matthew A. Leibert, Esquire**
Florida Bar No. 0752266
**5782A S. Semoran Blvd., Orlando, FL 32822**

Telephone: (407) 579-8355    Email: leibert@urbanthier.com
Counsel for Petitioning Creditors

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

| | |
|---|---|
| In re: | Case No. _____ |
| **SHERWOOD CONSTRUCTION, INC.,** | **Chapter 7** |
| Alleged Debtor. | (Involuntary) |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 17, 2026, a true and correct copy of the Summons to Debtor in Involuntary Case (Official Form 253) and the Involuntary Petition Against a Non-Individual (Official Form 205), together with all exhibits and the corporate ownership statements, was served on the Alleged Debtor in the manner provided by Federal Rule of Bankruptcy Procedure 7004 as follows:

**Sherwood Construction, Inc.**

c/o Laurence Pino, Esq., Registered Agent, 99 S. New York Avenue, Winter Park, FL 32789, and 5526 Hansel Avenue, Orlando, FL 32809 — by certified and first-class U.S. Mail
and on the U.S. Trustee and all parties on the attached matrix by the method indicated.

Respectfully submitted,

/s/ Matthew A. Leibert
**Matthew A. Leibert, Esquire**
Florida Bar No. 0752266
**5782A S. Semoran Blvd., Orlando, FL 32822**

Telephone: (407) 579-8355    Email: leibert@urbanthier.com
Counsel for Petitioning Creditors

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
*www.flmb.uscourts.gov*

| | |
|---|---|
| In re: | Case No. 6:26-bk-_____-____ |
| CANAVERAL CROSSROADS, LLC, | Chapter 7 |
| Debtor. | |
| _____/ | |
| In re: | Case No. 6:26-bk-_____-____ |
| SHERWOOD CONSTRUCTION, INC., | Chapter 7 |
| Debtor. | |
| _____/ | |

*(Jointly Administered under Case No. 6:26-bk-_____-____)*

## MOTION OF PETITIONING CREDITORS FOR ENTRY OF AN ORDER APPROVING THE APPOINTMENT AND SERVICE OF ROSS JOHNSTON AS CHAPTER 7 TRUSTEE FOR BOTH ESTATES

Horton Johnson, Cape Crossing Vacation Rentals, LLC, and IMQA Investments, Inc. (collectively, the "Petitioning Creditors"), by and through undersigned counsel, respectfully move this court, upon and after entry of the orders for relief in these related involuntary Chapter 7 cases, for entry of an order approving that Ross Johnston serve as the single Chapter 7 trustee for both the Canaveral Crossroads, LLC and Sherwood Construction, Inc. estates, and requesting that the United States Trustee appoint Ross Johnston as interim trustee under *11 U.S.C. § 701*. In support, the Petitioning Creditors state:

1

**This court has jurisdiction, and venue is proper.**

1.     This court has jurisdiction under *28 U.S.C. §§ 157 and 1334*. This is a core proceeding under *28 U.S.C. § 157(b)(2)(A)*. Venue is proper under *28 U.S.C. § 1408*. The statutory predicates for the relief requested are *11 U.S.C. §§ 701, 702, and 105(a)*.

**The Petitioning Creditors commenced related involuntary Chapter 7 cases against two affiliated Debtors.**

2.     The Petitioning Creditors commenced involuntary Chapter 7 cases against Canaveral Crossroads, LLC (Case No. _____) and Sherwood Construction, Inc. (Case No. _____). The Debtors are affiliated entities that operated a single, integrated resort enterprise on Merritt Island, Florida: Crossroads developed the resort, and Sherwood served as its related construction company. The Debtors do not oppose entry of the orders for relief.

3.     The two estates share overlapping assets, creditors, and claims, including substantial intercompany obligations (Crossroads owes Sherwood in excess of $3 million). A single, independent fiduciary administering both estates will avoid duplicative expense, reconcile the intercompany claims, and prevent the conflicting positions that would arise if separate trustees administered these intertwined estates.

**The United States Trustee appoints the interim trustee, and the creditors may elect the trustee.**

4.   Upon entry of an order for relief in an involuntary Chapter 7 case, the United States Trustee "shall appoint one disinterested person that is a member of the panel of private trustees ... to serve as interim trustee in the case." *11 U.S.C. § 701(a)(1)*. At the meeting of creditors under *§ 341*, creditors holding at least 20% in amount of qualifying claims may request the election of a trustee, and a candidate is elected upon satisfaction of the thresholds in *11 U.S.C. § 702*; absent an election, the interim trustee becomes the trustee. *11 U.S.C. § 702(d)*.

5.   The Petitioning Creditors respectfully request that the court, in aid of these related cases and under *11 U.S.C. § 105(a)*: (a) approve the service of Ross Johnston as the Chapter 7 trustee for both estates; (b) request that the United States Trustee appoint Ross Johnston as the interim trustee under *§ 701* in each case; and (c) confirm that a single trustee may serve both jointly administered estates. To the extent an election is held under *§ 702*, the Petitioning Creditors — who hold the majority in amount of the qualifying unsecured claims — intend to request and support the election of Ross Johnston.

**A single, independent trustee should administer both estates.**

6.   In deciding whether the appointment of a trustee serves the estate, courts weigh such circumstances as evidence of self-dealing, diversion of estate assets, conflicts of interest or divided loyalties of existing management, preservation of

3

public confidence in the integrity of the bankruptcy system, and protection of creditor rights. *See, e.g., In re Cajun Elec. Power Coop., Inc.*, 69 F.3d 746 (5th Cir. 1995).

7. Here, the Debtors' overlapping ownership and management and the affiliated, deeply intertwined nature of the enterprise make an independent trustee especially appropriate, and a single trustee across both estates is best positioned to marshal the resort assets, administer them as an integrated whole, and impartially reconcile the substantial intercompany claims between the two Debtors.

**Ross Johnston is qualified, willing, and disinterested.**

8. Ross Johnston is qualified and experienced, is willing to serve, and is a "disinterested person" within the meaning of *11 U.S.C. § 101(14)*. Upon appointment, Mr. Johnston will file any verified statement and disclosures required and will post the bond required by *11 U.S.C. § 322*.

**The Debtors consent, and the relief prejudices no creditor.**

9. The relief is requested with the consent (or non-opposition) of the Debtors, will not prejudice any creditor, and promotes the efficient, economical, and impartial administration of both estates.

### RELIEF REQUESTED.

WHEREFORE, the Petitioning Creditors respectfully request that the court enter an order: (i) approving Ross Johnston's service as Chapter 7 trustee for both

the Canaveral Crossroads and Sherwood estates; (ii) requesting that the United States Trustee appoint Ross Johnston as interim trustee under *11 U.S.C. § 701* in each case; (iii) authorizing a single trustee to serve both jointly administered estates; and (iv) granting such other and further relief as is just and proper.

Respectfully submitted this 17th day of July, 2026,

/s/ Matthew A. Leibert
Matthew A. Leibert, Esquire
Florida Bar No. 0752266
5782A S. Semoran Blvd., Orlando, FL 32822
(407) 579-8355 / leibert@urbanthier.com
Counsel for the Petitioning Creditors

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on July 17th, by CM/ECF on all parties.


/s/ Matthew A. Leibert
Matthew A. Leibert

# CREDITOR MAILING MATRIX

*In re Sherwood Construction, Inc. — Involuntary Chapter 7*
*U.S. Bankruptcy Court, M.D. Fla., Orlando Division*

---

*Prepare the matrix in the format required by the Clerk (one creditor per block, name and complete mailing address, no account numbers, in the court's upload/text format). List the Alleged Debtor, the three Petitioning Creditors, and all other known creditors of the Alleged Debtor. Placeholder entries below — replace with verified names and addresses.*

Sherwood Construction, Inc.
4409 Hoffner Avenue, #348
Orlando, FL 32812

Horton Johnson
2523 Kissam Court
Belle Isle, FL 32809

Cape Crossing Vacation Rentals, LLC
4409 Hoffner Avenue, #348
Orlando, FL 32812

IMQA Investments, Inc.
1311 Hoffner Avenue
Orlando, FL 32809