## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

In re:

**SHERWOOD CONSTRUCTION, INC.,**
    Alleged Debtor.

Case No. _____

**Chapter 7**
(Involuntary)

---

### CORPORATE OWNERSHIP STATEMENT OF
### IMQA INVESTMENTS, INC.
### (Fed. R. Bankr. P. 1010(b) and 7007.1)

Pursuant to Federal Rules of Bankruptcy Procedure 1010(b) and 7007.1, **IMQA Investments, Inc.**, a petitioning creditor in the above-captioned involuntary case, states as follows (check one):

[X]  There is no corporation that directly or indirectly owns 10% or more of any class of the entity's equity interests.

[ ]  The following corporation(s) directly or indirectly own 10% or more of a class of the entity's equity interests:

_____

Respectfully submitted,

/s/ Matthew A. Leibert
**Matthew A. Leibert, Esquire**
Florida Bar No. 0752266
**5782A S. Semoran Blvd., Orlando, FL 32822**

Telephone: (407) 579-8355    Email: leibert@urbanthier.com
Counsel for Petitioning Creditors