**[Dntcsc]** [District Notice of (Initial) Status Conference]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

Case No. 6:26−bk−05428−GER
Chapter 11

Sherwood Construction, Inc.

Debtor* /

NOTICE OF INITIAL STATUS CONFERENCE

**PLEASE TAKE NOTICE:**

1. The Honorable Grace E. Robson will conduct initial status conference pursuant to 11 U.S.C. § 105(d) on **October 14, 2026 , at 01:30 PM in Courtroom 6D, 6th Floor, George C. Young Courthouse, 400 West Washington Street, Orlando, FL 32801**. The Court will consider the following:

**Order for Relief and (2) Converting Case from Chapter 7 to Chapter 11 Doc. No. 8**

2. All parties must attend the hearing in person. Remote appearances are only permitted in limited circumstances as set forth in Judge Robson's Hearing Procedures available at https://www.flmb.uscourts.gov/judges/robson/. Unrepresented parties who do not have a device that enables them to access the procedures should call the Courtroom Deputy at 407−237−8141 no later than 3:00 p.m. one business day before the date of the hearing.

3. Interested parties must appear at the status conference, or any objections or defenses to matters discussed at the status conference may be deemed waived.

4. The Court may continue the status conference upon announcement made in open court and reflected on the docket without further written notice.

Avoid Delays. You must show a photo I.D. to enter the Courthouse. You may not bring a cell phone or a computer into the Courthouse unless you are an attorney with a valid Florida Bar identification card or a pro hac vice order, or the presiding judge has entered a specific order authorizing you to bring your cell phone or computer into the Courthouse. See Rule 7.02 of the Local Rules of the United States District Court and Local Bankruptcy Rule 5073−1.

Dated September 10, 2026

FOR THE COURT
Jose A Rodriguez,
Clerk of Court
George C. Young Federal Courthouse
400 West Washington Street
Suite 5100
Orlando, FL 32801

*All references to "Debtor" refer to both debtors in a case filed jointly by two individuals.

The Clerk's office is directed to serve a copy of this Notice on interested parties.