UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

Sherwood Construction, Inc.,

Debtor.
_____________________________/

Case No.: 6:26-bk-05428-GER
Chapter 11

# NOTICE OF APPEARANCE

Audrey M. Aleskovsky, Esq. files this Notice of Appearance on behalf of Guy A. Van Baalen, Acting United States Trustee for Region 21.

The meeting of creditors will be held telephonically on October 7, 2026, at 11:00 a.m. on the following conference line: 888-330-1716 (participant passcode: 5814238#).

The United States Bankruptcy Court will serve creditors and parties in interest with the Notice of Chapter 11 Bankruptcy Case, which serves as official notice of the meeting of creditors.

DATED: September 14, 2026

Respectfully submitted,

Guy A. Van Baalen
Acting United States Trustee, Region 21

*/s/ Audrey May Aleskovsky*

Audrey May Aleskovsky, Trial Attorney
United States Department of Justice
Office of the United States Trustee
Florida Bar No.: 103236
George C. Young Federal Building and Courthouse
400 W. Washington Street, Suite 1100
Orlando, FL 32801
Telephone No.: (407) 648-6068
Email: Audrey.M.Aleskovsky@usdoj.gov