**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In re:

Case No. 6:26-bk-05428-GER
Chapter 11

**SHERWOOD CONSTRUCTION, INC.,**

Debtor.
_________________________________________/

## DEBTOR'S NOTICE OF FILING LIST OF CREDITORS WHO HAVE THE 20 LARGEST UNSECURED CLAIMS AND ARE NOT INSIDERS

Sherwood Construction, Inc., the debtor and debtor in possession (the "Debtor"), gives notice that it files the attached *List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204) under *Fed. R. Bankr. P.* 1007(d) and paragraph 6 of the Order (1) for Relief and (2) Converting Case from Chapter 7 to Chapter 11 [Doc. 8], together with the *Declaration Under Penalty of Perjury for Non-Individual Debtors* (Official Form 202).

**1.** The list excludes claims held by insiders as defined in 11 U.S.C. § 101(31). No creditor holds a lien on property of the Debtor, so each listed claim is shown as fully unsecured.

**2.** The listing of a claim is not an admission of its validity, amount or priority, or that it is not contingent, unliquidated or disputed. The Debtor reserves all objections, defenses, setoffs and counterclaims under 11 U.S.C. § 502 and otherwise, and the right to amend the list.

Dated: September 15, 2026

Respectfully submitted,

/s/ Christopher L. Smith
Christopher L. Smith, Esquire
Florida Bar No. 367461
Fromang & Smith, P.A.
4767 New Broad Street
Orlando, Florida 32814
Telephone: (407) 999-9739
Email: chris@fromangsmith.com

Counsel for the Debtor in Possession

## CERTIFICATE OF SERVICE

I certify that on September 15, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all parties registered to receive electronic notice in this case.

/s/ Christopher L. Smith
Christopher L. Smith, Esquire

**Fill in this information to identify the case:**

Debtor name Sherwood Construction, Inc.

United States Bankruptcy Court for the: Middle District of Florida (State)

Case number (If known): 6:26-bk-05428-GER

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | PEDIXON, LLC<br>c/o Kenneth Dixon<br>1627 East Vine St., Suite E<br>Kissimmee, FL 34744 | Kenneth Dixon | Promissory note | Disputed | | | 2,100,000.00 |
| 2 | Trent Development<br>c/o Cherry Village, L.P.<br>421 NE 12th Avenue<br>Homestead, FL 33030 | | Promissory note | Disputed | | | 1,345,726.29 |
| 3 | IMQA Investments, Inc.<br>4405 Hoffner Ave.<br>Orlando, FL 32812 | Matthew A. Leibert, Esq. | Loans and advances | | | | 1,156,358.99 |
| 4 | Trent Development<br>c/o Austin Commons, L.P.<br>1011 Cherry Ave.<br>Nashville, TN 37201 | | Promissory note | Disputed | | | 1,018,700.83 |
| 5 | BILL'D<br>3800 N. Lamar Blvd., Ste. 210<br>Austin, TX 78756 | | Merchant advance | Disputed | | | 891,338.16 |
| 6 | Pitkanen / Lagenhoff<br>c/o Alison Pitkanen, Esq.<br>1980 N. Atlantic Ave., Ste. 328<br>Cocoa Beach, FL 32931 | | Claim of former counsel | Disputed | | | 277,494.00 |
| 7 | Ebenezer Stone, LLC<br>571 SE Crosspoint<br>Port St. Lucie, FL 34983 | | Trade debt | Disputed | | | 253,824.91 |
| 8 | Stratus Roofing<br>2200 Lucien Way, #400<br>Maitland, FL 32751 | | Trade debt | Disputed | | | 182,211.00 |

Debtor Sherwood Construction, Inc. Case number (if known) 6:26-bk-05428-GER
Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Reyes Florida Carpentry, Inc.<br>25874 SW 144th Court<br>Homestead, FL 33032 | | Trade debt | Disputed | | | 159,600.00 |
| 10 | Violet Mariposa<br>4409 Hoffner Ave., Unit 547<br>Orlando, FL 32812 | | Trade debt | | | | 108,757.79 |
| 11 | Custom Cleaning Inc.<br>624 73rd St. Ocean, Apt. 306<br>Marathon, FL 33050 | | Trade debt | | | | 85,000.00 |
| 12 | Rapture Air<br>37206 FL-19<br>Umatilla, FL 32784 | | Trade debt | | | | 73,169.00 |
| 13 | Cape Crossing Vacation Rentals, LLC<br>4409 Hoffner Avenue, #348<br>Orlando, FL 32812 | Matthew A. Leibert, Esq. | Loans and advances | | | | 59,484.00 |
| 14 | John Abell<br>10500 SW 186th St.<br>Cutler Bay, FL 33157 | | Litigation claim | Disputed | | | 55,630.77 |
| 15 | ABC Supply Co.<br>PO Box 742067<br>Atlanta, GA 30374 | | Trade debt | | | | 53,580.84 |
| 16 | Factors Construction<br>4409 Hoffner Avenue<br>Orlando, FL 32812 | | Trade debt | | | | 37,494.29 |
| 17 | Endless Management Construction<br>720 NE 13th St.<br>Homestead, FL 33030 | | Trade debt | Disputed | | | 29,867.75 |
| 18 | Pat's Plumbing Service<br>9627 Gota Road<br>Windermere, FL 34786 | | Trade debt | | | | 29,775.00 |
| 19 | Porch Swing Investments, Inc.<br>d/b/a Screenmobile of Vero Beach<br>1425 55th Court SW<br>Vero Beach, FL 32968 | Leonard Frankel, Jr.<br>(772) 696-6916<br>verobeach@screenmobile.com | Trade debt | | | | 27,321.90 |
| 20 | Chase Visa<br>c/o Ken Jones<br>4409 Hoffner Avenue<br>Orlando, FL 32812 | | Credit card | | | | 25,458.81 |

**Fill in this information to identify the case and this filing:**

Debtor Name Sherwood Construction, Inc.

United States Bankruptcy Court for the: Middle District of Florida (State)

Case number (*If known*): 6:26-bk-05428-GER

# Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration____________________

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 09/11/2026
MM / DD / YYYY

✘ /s/ Christopher L. Smith
Signature of individual signing on behalf of debtor

Christopher L. Smith
Printed name

Counsel for the Debtor and Authorized Agent
Position or relationship to debtor