| Fill in this information to identify the case: |
|---|
| Debtor name Sherwood Construction, Inc. |
| United States Bankruptcy Court for the: Middle District of Florida (State) |
| Case number (If known): 6:26-bk-05428-GER |

☐ Check if this is an amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

### Part 1: Summary of Assets

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

| | |
|---|---|
| 1a. **Real property:** Copy line 88 from *Schedule A/B* | $ 0.00 |
| 1b. **Total personal property:** Copy line 91A from *Schedule A/B* | $ 13,873,000.00 |
| 1c. **Total of all property:** Copy line 92 from *Schedule A/B* | $ 13,873,000.00 |

### Part 2: Summary of Liabilities

| | |
|---|---|
| 2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D) Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* | $ 0.00 |
| 3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F) | |
| 3a. **Total claim amounts of priority unsecured claims:** Copy the total claims from Part 1 from line 5a of *Schedule E/F* | $ 0.00 |
| 3b. **Total amount of claims of nonpriority amount of unsecured claims:** Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* | + $ 11,204,267.06 |
| 4. **Total liabilities** Lines 2 + 3a + 3b | $ 11,204,267.06 |

**Fill in this information to identify the case:**

Debtor name Sherwood Construction, Inc.

United States Bankruptcy Court for the: Middle District of Florida (State)

Case number (If known): 6:26-bk-05428-GER

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property 12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☒ No. Go to Part 2.

☐ Yes. Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor** — **Current value of debtor's interest**

2. **Cash on hand** $________

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. | | | $ |
| 3.2. | | | $ |

4. **Other cash equivalents** *(Identify all)*

4.1. ________ $

4.2. ________ $

5. **Total of Part 1** — $ 0.00

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

☒ No. Go to Part 3.

☐ Yes. Fill in the information below.

**Current value of debtor's interest**

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

7.1. ________ $

7.2. ________ $

Debtor Sherwood Construction, Inc. Case number (if known) 6:26-bk-05428-GER
Name

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. ______ $______

8.2. ______ $______

9. **Total of Part 2.** $ 0.00

Add lines 7 through 8. Copy the total to line 81.

## Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

☒ No. Go to Part 4.

☐ Yes. Fill in the information below.

**Current value of debtor's interest**

11. **Accounts receivable**

11a. 90 days old or less: ______ face amount – ______ doubtful or uncollectible accounts = ........➔ $______

11b. Over 90 days old: ______ face amount – ______ doubtful or uncollectible accounts = ........➔ $______

12. **Total of Part 3** $ 0.00

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

## Part 4: Investments

13. **Does the debtor own any investments?**

☐ No. Go to Part 5.

☒ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| 14. **Mutual funds or publicly traded stocks not included in Part 1** | | |
| Name of fund or stock: | | |
| 14.1. | | $ |
| 14.2. | | $ |
| 15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** | | |
| Name of entity: % of ownership: | | |
| 15.1 ~~Cape Crossing Resorts, Inc. — minority equity interest~~ ~~7%~~ % | ~~No ascertainable market~~ | $ Unknown |
| 15.2. ______ % | | $ |
| 16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1** | | |
| Describe: | | |
| 16.1. | | $ |
| 16.2. | | $ |

17. **Total of Part 4** $ 0.00

Add lines 14 through 16. Copy the total to line 83.

## Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

- [x] No. Go to Part 6.
- [ ] Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | MM / DD / YYYY | $ | | $ |
| 20. **Work in progress** | MM / DD / YYYY | $ | | $ |
| 21. **Finished goods, including goods held for resale** | MM / DD / YYYY | $ | | $ |
| 22. **Other inventory or supplies** | MM / DD / YYYY | $ | | $ |

23. **Total of Part 5**
Add lines 19 through 22. Copy the total to line 84. $ 0.00

24. **Is any of the property listed in Part 5 perishable?**

- [x] No
- [ ] Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

- [x] No
- [ ] Yes. Book value ______ Valuation method ______ Current value ______

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

- [x] No
- [ ] Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

- [x] No. Go to Part 7.
- [ ] Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | $ | | $ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish | $ | | $ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | $ | | $ |
| 31. **Farm and fishing supplies, chemicals, and feed** | $ | | $ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | $ | | $ |

Debtor Sherwood Construction, Inc. Case number (if known) 6:26-bk-05428-GER
Name

33. **Total of Part 6.** $ 0.00
Add lines 28 through 32. Copy the total to line 85.

34. **Is the debtor a member of an agricultural cooperative?**

- ☒ No
- ☐ Yes. Is any of the debtor's property stored at the cooperative?
  - ☐ No
  - ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

- ☒ No
- ☐ Yes. Book value $______ Valuation method ______ Current value $______

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

- ☒ No
- ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

- ☒ No
- ☐ Yes

## Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

- ☒ No. Go to Part 8.
- ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | $ | | $ |
| 40. **Office fixtures** | $ | | $ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | $ | | $ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 | $ | | $ |
| 42.2 | $ | | $ |
| 42.3 | $ | | $ |

43. **Total of Part 7.** $ 0.00
Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

- ☒ No
- ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

- ☒ No
- ☐ Yes

Debtor Sherwood Construction, Inc.
Name

Case number (if known) 6:26-bk-05428-GER

## Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

- [x] No. Go to Part 9.
- [ ] Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 | $ | | $ |
| 47.2 | $ | | $ |
| 47.3 | $ | | $ |
| 47.4 | $ | | $ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 | $ | | $ |
| 48.2 | $ | | $ |
| **49. Aircraft and accessories** | | | |
| 49.1 | $ | | $ |
| 49.2 | $ | | $ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| | $ | | $ |
| **51. Total of Part 8.**<br>Add lines 47 through 50. Copy the total to line 87. | | | $ 0.00 |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

- [x] No
- [ ] Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

- [x] No
- [ ] Yes

Debtor Sherwood Construction, Inc. Case number (if known) 6:26-bk-05428-GER
Name

## Part 9: Real property

54. **Does the debtor own or lease any real property?**
- [x] No. Go to Part 10.
- [ ] Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 | | $ | | $ |
| 55.2 | | $ | | $ |
| 55.3 | | $ | | $ |
| 55.4 | | $ | | $ |
| 55.5 | | $ | | $ |
| 55.6 | | $ | | $ |

56. **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88. $ 0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
- [x] No
- [ ] Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
- [x] No
- [ ] Yes

## Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**
- [x] No. Go to Part 11.
- [ ] Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. Patents, copyrights, trademarks, and trade secrets | $ | | $ |
| 61. Internet domain names and websites | $ | | $ |
| 62. Licenses, franchises, and royalties | $ | | $ |
| 63. Customer lists, mailing lists, or other compilations | $ | | $ |
| 64. Other intangibles, or intellectual property | $ | | $ |
| 65. Goodwill | $ | | $ |

66. **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89. $ 0.00

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
- [x] No
- [ ] Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
- [x] No
- [ ] Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
- [x] No
- [ ] Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.
- [ ] No. Go to Part 12.
- [x] Yes. Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**
Description (include name of obligor)
______ Total face amount – ______ doubtful or uncollectible amount = → $______

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)
______ Tax year ______ $______
______ Tax year ______ $______
______ Tax year ______ $______

73. **Interests in insurance policies or annuities**
______ $______

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
See Attachment 1 — Causes of Action Against Third Parties (8 items) $ 13,873,000.00
**Nature of claim** Contract balances, retainage, turnover, and bond claims
**Amount requested** $ 13,873,000.00

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
______ $______
**Nature of claim** ______
**Amount requested** $______

76. **Trusts, equitable or future interests in property**
______ $______

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
______ $______
______ $______

78. **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90. $ 13,873,000.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
- [x] No
- [ ] Yes

Debtor Sherwood Construction, Inc. Case number (if known) 6:26-bk-05428-GER
Name

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* → | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $13,873,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. 91a. | $13,873,000.00 | + 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. $ 13,873,000.00

**Debtor:** Sherwood Construction, Inc. **Case number:** 6:26-bk-05428-GER

## Attachment 1 to Schedule A/B (Official Form 206A/B) — Line 74

Causes of Action Against Third Parties (whether or not a lawsuit has been filed)

*None of the causes of action listed below is the subject of a pending lawsuit as of the petition date. Each is scheduled at the debtor's estimate of value; all are contingent and unliquidated. The estate reserves all claims, rights, and defenses, including those not listed.*

| Line | Nature of claim and party against whom it is held | Description | Current value of debtor's interest |
|---|---|---|---|
| 74.1 | Canaveral Crossroads, LLC | Claim against affiliate arising from advances, services, and intercompany account. Subject of a separate involuntary case, No. 6:26-bk-05426-GER (Bankr. M.D. Fla.). Anticipated to be repaid at approximately $15,000 per month for 300 months under Canaveral's Chapter 11 plan. | $4,500,000.00 |
| 74.2 | Trent Development (Cherry Village, L.P. / Austin Commons, L.P.) | Claim for unpaid contract balances, retainage, and change orders on the Cherry Village and Eustis (Austin Commons) projects. Stated net of amounts the debtor owes Trent. See Tennessee action, No. 25-1562-I. | $2,400,000.00 |
| 74.3 | Boatworks Project (AGPM / BW) | Claim for unpaid contract balances and charges above the contract maximum. | $3,600,000.00 |
| 74.4 | KCB — Kings County Beach Club Project | Claim for unpaid contract balances and charges above the contract maximum. | $1,740,000.00 |
| 74.5 | Surfside Point (Goulds / Surfside — the "Monroe Project") | Claim for unpaid contract balances and retainage. A claim of lien recorded January 8, 2026 was contested by the owner, and the claim is scheduled as an unsecured contract claim. | $1,320,000.00 |
| 74.6 | Alison Pitkanen, Esq. — escrow / trust funds (Holly Bluff closing)<br>1980 N. Atlantic Ave., Suite 328<br>Cocoa Beach, FL 32931 | Turnover and accounting claim. Ms. Pitkanen shorted the lender funding at the Holly Bluff loan closing, and the debtor's accounting reflects $288,000.00 remaining on deposit with her on the debtor's accounts. The debtor anticipates she may assert that the funds are no longer on hand; because the funds were required to be held in an attorney trust account, the debtor does not expect a protracted dispute. Secondary sources of recovery include professional liability insurance, her personal assets, and the Florida Bar Clients' Security Fund. This claim is unrelated to the Trent Development claim. | $288,000.00 |
| 74.7 | Janelle Moraya — notary bond | Claim against the surety on the bond of the notary who improperly notarized documents. Recovery is capped by the penal sum of the bond at $25,000.00. | $25,000.00 |
| 74.8 | Miscellaneous claims and accounts | Assorted residual claims and accounts which the debtor deems uncollectible. Scheduled at no value; the estate reserves all rights. | $0.00 |
| | **TOTAL — line 74** | | **$13,873,000.00** |

| Fill in this information to identify the case: |
|---|
| Debtor name Sherwood Construction, Inc. |
| United States Bankruptcy Court for the: Middle District of Florida (State) |
| Case number (If known): 6:26-bk-05428-GER |

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☒ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

## Part 1: List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

*Column A* **Amount of claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.1 Creditor's name** ______

**Describe debtor's property that is subject to a lien** ______ $______ $______

**Creditor's mailing address** ______

**Describe the lien** ______

**Creditor's email address, if known** ______

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Date debt was incurred** ______

**Last 4 digits of account number** _ _ _ _

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2 Creditor's name** ______

**Describe debtor's property that is subject to a lien** ______ $______ $______

**Creditor's mailing address** ______

**Describe the lien** ______

**Creditor's email address, if known** ______

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Date debt was incurred** ______

**Last 4 digits of account number** _ _ _ _

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   ☐ Yes. The relative priority of creditors is specified on lines ______

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** $______ 0.00

**Fill in this information to identify the case:**

Debtor: Sherwood Construction, Inc

United States Bankruptcy Court for the: Middle District of Florida (State)

Case number (If known): 6:26-bk-05428-GER

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☒ No. Go to Part 2.
   - ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>______<br>______<br>______<br>**Date or dates debt was incurred**<br>______<br>**Last 4 digits of account number** ____<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** ______<br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $______ | $______ |
| **2.2** Priority creditor's name and mailing address<br>______<br>______<br>______<br>**Date or dates debt was incurred**<br>______<br>**Last 4 digits of account number** ____<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** ______<br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $______ | $______ |
| **2.3** Priority creditor's name and mailing address<br>______<br>______<br>______<br>**Date or dates debt was incurred**<br>______<br>**Last 4 digits of account number** ____<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** ______<br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $______ | $______ |

Debtor ______________________ Case number (if known) ______________________
Name

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1 Nonpriority creditor's name and mailing address**

BILL'D
3800 N. Lamar Blvd., Ste. 210
Austin, TX 78756

**Date or dates debt was incurred** Various
**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Basis for the claim:** Trade debt / merchant advance

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

$ 891,338.16

**3.2 Nonpriority creditor's name and mailing address**

Stratus Roofing
2200 Lucien Way, #400
Maitland, FL 32751

**Date or dates debt was incurred** Various
**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Basis for the claim:** Trade debt

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

$ 182,211.00

**3.3 Nonpriority creditor's name and mailing address**

Reyes Florida Carpentry, Inc.
25874 SW 144th Court
Homestead, FL 33032

**Date or dates debt was incurred** Various
**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Basis for the claim:** Trade debt

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

$ 159,600.00

**3.4 Nonpriority creditor's name and mailing address**

Violet Mariposa
4409 Hoffner Ave., Unit 547
Orlando, FL 32812

**Date or dates debt was incurred** Various
**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade debt

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

$ 108,757.79

**3.5 Nonpriority creditor's name and mailing address**

Custom Cleaning Inc.
624 73rd St. Ocean, Apt. 306
Marathon, FL 33050

**Date or dates debt was incurred** Various
**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade debt

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

$ 85,000.00

**3.6 Nonpriority creditor's name and mailing address**

Rapture Air
37206 FL-19
Umatilla, FL 32784

**Date or dates debt was incurred** Various
**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade debt

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

$ 73,169.00

Debtor Sherwood Construction, Inc. Case number (if known) 6:26-bk-05428-GER

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.7 Nonpriority creditor's name and mailing address**

ABC Supply Co.

PO Box 742067

Atlanta, GA 30374

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☒ Liquidated and neither contingent nor disputed

$ 53,580.84

**Basis for the claim:** Trade debt

**Date or dates debt was incurred** Various

**Last 4 digits of account number** ____

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

**3.8 Nonpriority creditor's name and mailing address**

Porch Swing Investments, Inc.

d/b/a Screenmobile of Vero Beach

c/o Lulich & Attorneys, P.A.

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 27,321.90

**Basis for the claim:** Trade debt

**Date or dates debt was incurred** Various

**Last 4 digits of account number** ____

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

**3.9 Nonpriority creditor's name and mailing address**

Pat's Plumbing Service

9627 Gota Road

Windermere, FL 34786

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 29,775.00

**Basis for the claim:** Trade debt

**Date or dates debt was incurred** Various

**Last 4 digits of account number** ____

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

**3.10 Nonpriority creditor's name and mailing address**

Chase Visa

c/o Ken Jones

4409 Hoffner Avenue

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 25,458.81

**Basis for the claim:** Credit card

**Date or dates debt was incurred** Various

**Last 4 digits of account number** ____

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

**3.11 Nonpriority creditor's name and mailing address**

H&L United Construction

1155 Amethyst Dr.

Vero Beach, FL 32968

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 24,183.50

**Basis for the claim:** Trade debt

**Date or dates debt was incurred** Various

**Last 4 digits of account number** ____

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

Debtor Name: Sherwood Construction, Inc. Case number (if known): 6:26-bk-05428-GER

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.12 Nonpriority creditor's name and mailing address**

Suncoast Roofing Supply
2251 Mercy Drive
Orlando, FL 32808

**Date or dates debt was incurred** Various
**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☒ Liquidated and neither contingent nor disputed

**Basis for the claim:** Trade debt

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

$ 21,290.50

**3.13 Nonpriority creditor's name and mailing address**

Ferguson Enterprises
10355 S. Orange Ave., Ste. B
Orlando, FL 32824

**Date or dates debt was incurred** Various
**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade debt

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

$ 20,615.56

**3.14 Nonpriority creditor's name and mailing address**

County Materials
25750 County Rd. 561
Astatula, FL 34705

**Date or dates debt was incurred** Various
**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade debt

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

$ 15,810.75

**3.15 Nonpriority creditor's name and mailing address**

Launch Credit Union
300 South Plumosa St.
Merritt Island, FL 32952

**Date or dates debt was incurred** Various
**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** RV loan deficiency

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

$ 15,746.04

**3.16 Nonpriority creditor's name and mailing address**

MPL Company
203 N. Edgerton St.
Fairland, IN 46126

**Date or dates debt was incurred** Various
**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade debt

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

$ 13,131.25

Debtor Sherwood Construction, Inc. Case number (if known) 6:26-bk-05428-GER

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.17 Nonpriority creditor's name and mailing address**

Osceola Windows & Doors
2090 Old Hickory Tree Rd., Unit 101
St. Cloud, FL 34769

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☒ Liquidated and neither contingent nor disputed

$ 12,783.00

**Basis for the claim:** Trade debt

**Date or dates debt was incurred** Various

**Last 4 digits of account number** ____

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**3.18 Nonpriority creditor's name and mailing address**

HD Supply
3400 Cumberland Blvd. SE
Atlanta, GA 30339

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 11,562.99

**Basis for the claim:** Trade debt

**Date or dates debt was incurred** Various

**Last 4 digits of account number** ____

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**3.19 Nonpriority creditor's name and mailing address**

Pronto Waste Services
7000 NW 35th Ave.
Miami, FL 33147

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 11,533.35

**Basis for the claim:** Trade debt

**Date or dates debt was incurred** Various

**Last 4 digits of account number** ____

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**3.20 Nonpriority creditor's name and mailing address**

Concrete Life
141 East Jefferson St.
Center Hill, FL 33514

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 7,875.00

**Basis for the claim:** Trade debt

**Date or dates debt was incurred** Various

**Last 4 digits of account number** ____

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**3.21 Nonpriority creditor's name and mailing address**

Sunbelt Rentals
1799 Innovation Pt.
Fort Mill, SC 29715

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 7,724.32

**Basis for the claim:** Equipment rental

**Date or dates debt was incurred** Various

**Last 4 digits of account number** ____

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Debtor Name Sherwood Construction, Inc. Case number (if known) 6:26-bk-05428-GER

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.22 Nonpriority creditor's name and mailing address**

Spectrum Enterprise
400 Washington Blvd.
Stamford, CT 06902

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☒ Liquidated and neither contingent nor disputed

$ 6,899.00

**Basis for the claim:** Utility / services

**Date or dates debt was incurred** Various

**Last 4 digits of account number** ____

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**3.23 Nonpriority creditor's name and mailing address**

Taylorworks IT
1435 W. SR 434, Suite 109
Longwood, FL 32750

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 6,842.00

**Basis for the claim:** Services

**Date or dates debt was incurred** Various

**Last 4 digits of account number** ____

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**3.24 Nonpriority creditor's name and mailing address**

USA Seamless Gutters
1201 Strimencs Lane
Leesburg, FL 34748

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 6,750.00

**Basis for the claim:** Trade debt

**Date or dates debt was incurred** Various

**Last 4 digits of account number** ____

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**3.25 Nonpriority creditor's name and mailing address**

Sherwin Williams
101 W. Prospect Ave.
Cleveland, OH 44115

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 5,602.53

**Basis for the claim:** Trade debt

**Date or dates debt was incurred** Various

**Last 4 digits of account number** ____

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**3.26 Nonpriority creditor's name and mailing address**

Waste Terminal Cleaning Solutions
3020 NE 41st Terrace
Homestead, FL 33033

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 5,150.00

**Basis for the claim:** Trade debt

**Date or dates debt was incurred** Various

**Last 4 digits of account number** ____

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Debtor Name Sherwood Construction, Inc. Case number (if known) 6:26-bk-05428-GER

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.27 Nonpriority creditor's name and mailing address**

Waste Management Corp.
800 Capitol Street, Suite 3000
Houston, TX 77002

**As of the petition filing date, the claim is:** *Check all that apply.*

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed
- [x] Liquidated and neither contingent nor disputed

$ 4,620.03

**Basis for the claim:** Trade debt

**Date or dates debt was incurred** Various

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**

- [ ] No
- [ ] Yes

**3.28 Nonpriority creditor's name and mailing address**

High Reach
1371 SW 32nd Way
Deerfield Beach, FL 33442

**As of the petition filing date, the claim is:** *Check all that apply.*

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

$ 4,349.95

**Basis for the claim:** Equipment rental

**Date or dates debt was incurred** Various

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**

- [ ] No
- [ ] Yes

**3.29 Nonpriority creditor's name and mailing address**

Blue Water Solutions
4000 W. 6th St., Suite B214
Lawrence, KS 66049

**As of the petition filing date, the claim is:** *Check all that apply.*

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

$ 4,321.73

**Basis for the claim:** Trade debt

**Date or dates debt was incurred** Various

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**

- [ ] No
- [ ] Yes

**3.30 Nonpriority creditor's name and mailing address**

Heyden Supply
575 James Rd.
Alpharetta, GA 30004

**As of the petition filing date, the claim is:** *Check all that apply.*

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

$ 3,577.90

**Basis for the claim:** Trade debt

**Date or dates debt was incurred** Various

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**

- [ ] No
- [ ] Yes

**3.31 Nonpriority creditor's name and mailing address**

Luna Master Painting
35546 Shelley Dr.
Leesburg, FL 34788

**As of the petition filing date, the claim is:** *Check all that apply.*

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

$ 3,350.00

**Basis for the claim:** Trade debt

**Date or dates debt was incurred** Various

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**

- [ ] No
- [ ] Yes

Debtor: Sherwood Construction, Inc. Case number (if known): 6:26-bk-05428-GER

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.32 **Nonpriority creditor's name and mailing address**

Tiki Huts
19401 SW 187th Ave.
Miami, FL 33187

**Date or dates debt was incurred** Various

**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☒ Liquidated and neither contingent nor disputed

**Basis for the claim:** Trade debt

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

$ 3,300.00

3.33 **Nonpriority creditor's name and mailing address**

Jani King
2469 Sunset Point Rd.
Clearwater, FL 33765

**Date or dates debt was incurred** Various

**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

$ 2,867.00

3.34 **Nonpriority creditor's name and mailing address**

Jimmy's AC & Refrigeration
46 43rd Ct.
Vero Beach, FL 32968

**Date or dates debt was incurred** Various

**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade debt

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

$ 2,025.00

3.35 **Nonpriority creditor's name and mailing address**

Amerisure
PO Box 9098
Farmington Hills, MI 48333

**Date or dates debt was incurred** Various

**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Insurance premium

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

$ 1,589.00

3.36 **Nonpriority creditor's name and mailing address**

David Littiken Plumbing
13524 Sandcastle Dr.
Groveland, FL 34736

**Date or dates debt was incurred** Various

**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade debt

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

$ 1,584.62

Debtor Sherwood Construction, Inc. Case number (if known) 6:26-bk-05428-GER

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.37 Nonpriority creditor's name and mailing address**

Hilti Inc.
PO Box 70299
Philadelphia, PA 19176

**Date or dates debt was incurred** Various
**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☒ Liquidated and neither contingent nor disputed

**Basis for the claim:** Trade debt

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

$ 1,541.12

**3.38 Nonpriority creditor's name and mailing address**

National Rent-A-Fence
6356 Narcoossee Rd.
Orlando, FL 32822

**Date or dates debt was incurred** Various
**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Equipment rental

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

$ 1,049.66

**3.39 Nonpriority creditor's name and mailing address**

ADT Security
1501 Yamato Rd.
Boca Raton, FL 33431

**Date or dates debt was incurred** Various
**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

$ 1,043.13

**3.40 Nonpriority creditor's name and mailing address**

ReadyRefresh
PO Box 856680
Louisville, KY 40285

**Date or dates debt was incurred** Various
**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

$ 936.58

**3.41 Nonpriority creditor's name and mailing address**

UES
4205 Vineland Rd., Suite L1
Orlando, FL 32811

**Date or dates debt was incurred** Various
**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Professional services

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

$ 882.53

Debtor Name Sherwood Construction, Inc. Case number (if known) 6:26-bk-05428-GER

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.42 Nonpriority creditor's name and mailing address**

Nextiva
9451 East Via De Ventura
Scottsdale, AZ 85256

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☒ Liquidated and neither contingent nor disputed

**Basis for the claim:** Services

$ 779.00

**Date or dates debt was incurred** Various

**Last 4 digits of account number** ____

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**3.43 Nonpriority creditor's name and mailing address**

ADP
1 ADP Boulevard, Mail Stop C421
Roseland, NJ 07068

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Payroll services

$ 659.00

**Date or dates debt was incurred** Various

**Last 4 digits of account number** ____

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**3.44 Nonpriority creditor's name and mailing address**

Duke Energy
PO Box 70516
Charlotte, NC 28272

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Utility (Hansel Avenue office)

$ 582.00

**Date or dates debt was incurred** Various

**Last 4 digits of account number** ____

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**3.45 Nonpriority creditor's name and mailing address**

E&L Harris Construction
1507 Jefferson Dr.
Mount Dora, FL 32757

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade debt

$ 400.00

**Date or dates debt was incurred** Various

**Last 4 digits of account number** ____

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**3.46 Nonpriority creditor's name and mailing address**

Outhouse Rentals
2530 State Road 60 West
Lake Wales, FL 33855

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Equipment rental

$ 321.00

**Date or dates debt was incurred** Various

**Last 4 digits of account number** ____

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Debtor Sherwood Construction, Inc. Case number (if known) 6:26-bk-05428-GER

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.47 Nonpriority creditor's name and mailing address**

Spectrum (Charter Communications)

2 Digital Place, 4th Floor

Simpsonville, SC 29681

**Date or dates debt was incurred** Various

**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☒ Liquidated and neither contingent nor disputed

**Basis for the claim:** Utility

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

$ 299.00

**3.48 Nonpriority creditor's name and mailing address**

Afteractive

12001 Research Pkwy., #236

Orlando, FL 32826

**Date or dates debt was incurred** Various

**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

$ 110.00

**3.49 Nonpriority creditor's name and mailing address**

Factors Construction

4409 Hoffner Avenue

Orlando, FL 32812

**Date or dates debt was incurred** Various

**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade debt

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

$ 37,494.29

**3.50 Nonpriority creditor's name and mailing address**

Trent — Cherry Village Note

c/o Cherry Village, L.P.

421 NE 12th Avenue

**Date or dates debt was incurred** Various

**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

**Basis for the claim:** Note

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

$ 1,345,726.29

**3.51 Nonpriority creditor's name and mailing address**

Martin C. Flynn, Jr.

14556 Saint Georges Hill Drive

Orlando, FL 32828

**Date or dates debt was incurred** Various

**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

**Basis for the claim:** Insider

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

$ 1,272,762.75

Debtor Sherwood Construction, Inc. Case number (if known) 6:26-bk-05428-GER

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.52 Nonpriority creditor's name and mailing address**

Trent — Eustis Note
c/o Austin Commons, L.P.
1011 Cherry Ave.

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed
- ☐ Liquidated and neither contingent nor disputed

$ 1,018,700.83

**Basis for the claim:** Note

**Date or dates debt was incurred** Various
**Last 4 digits of account number** ____

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**3.53 Nonpriority creditor's name and mailing address**

Joanna G. Bornmiller
14556 Saint Georges Hill Drive
Orlando, FL 32828

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

$ 713,136.18

**Basis for the claim:** Advances and loans

**Date or dates debt was incurred** Various
**Last 4 digits of account number** ____

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**3.54 Nonpriority creditor's name and mailing address**

Pitkanen / Lagenhoff
c/o Alison Pitkanen, Esq.
1980 N. Atlantic Ave., Suite 328

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

$ 277,494.00

**Basis for the claim:** Disputed

**Date or dates debt was incurred** Various
**Last 4 digits of account number** ____

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**3.55 Nonpriority creditor's name and mailing address**

Ebenezer Stone, LLC
571 SE Crosspoint
Port St. Lucie, FL 34983

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

$ 253,824.91

**Basis for the claim:** Trade debt

**Date or dates debt was incurred** Various
**Last 4 digits of account number** ____

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**3.56 Nonpriority creditor's name and mailing address**

John Abell
10500 SW 186th St.
Cutler Bay, FL 33157

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

$ 55,630.77

**Basis for the claim:** Disputed

**Date or dates debt was incurred** Various
**Last 4 digits of account number** ____

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Debtor Sherwood Construction, Inc. Case number (if known) 6:26-bk-05428-GER

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.57 Nonpriority creditor's name and mailing address**

Endless Management Construction
720 NE 13th St.
Homestead, FL 33030

**Date or dates debt was incurred** Various

**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed
- ☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Trade debt

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Amount of claim: $ 29,867.75

**3.58 Nonpriority creditor's name and mailing address**

United Healthcare
PO Box 241029
St. Paul, MN 55124

**Date or dates debt was incurred** Various

**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

**Basis for the claim:** Employee benefit premiums

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Amount of claim: $ 24,887.00

**3.59 Nonpriority creditor's name and mailing address**

Garcia Brothers Construction
13303 SW 315th St.
Homestead, FL 33033

**Date or dates debt was incurred** Various

**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

**Basis for the claim:** Trade debt

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Amount of claim: $ 14,000.00

**3.60 Nonpriority creditor's name and mailing address**

Colony Insurance Company
PO Box 469012
San Antonio, TX 78216

**Date or dates debt was incurred** Various

**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

**Basis for the claim:** Insurance premium

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Amount of claim: $ 10,998.76

**3.61 Nonpriority creditor's name and mailing address**

Christian's Lawn Service, LLC
Address to be provided

**Date or dates debt was incurred** Various

**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Listed for notice

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Amount of claim: $ 0.00

Debtor Name Sherwood Construction, Inc. Case number (if known) 6:26-bk-05428-GER

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.62 Nonpriority creditor's name and mailing address**

Duval Master Construction

Address to be provided

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 0.00

**Basis for the claim:** Listed for notice

**Date or dates debt was incurred** Various

**Last 4 digits of account number** ____

**Is the claim subject to offset?**

- [ ] No
- [ ] Yes

**3.63 Nonpriority creditor's name and mailing address**

G&R Windows

Address to be provided

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 0.00

**Basis for the claim:** Listed for notice

**Date or dates debt was incurred** Various

**Last 4 digits of account number** ____

**Is the claim subject to offset?**

- [ ] No
- [ ] Yes

**3.64 Nonpriority creditor's name and mailing address**

Reyes Construction

Address to be provided

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 0.00

**Basis for the claim:** Listed for notice

**Date or dates debt was incurred** Various

**Last 4 digits of account number** ____

**Is the claim subject to offset?**

- [ ] No
- [ ] Yes

**3.65 Nonpriority creditor's name and mailing address**

Cortez

c/o Peter F. Carr, Jr., Esq.

Carr Law Firm, P.A.

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 0.00

**Basis for the claim:** Listed for notice and out of an abundance of

**Date or dates debt was incurred** Various

**Last 4 digits of account number** ____

**Is the claim subject to offset?**

- [ ] No
- [ ] Yes

**3.66 Nonpriority creditor's name and mailing address**

PEDIXON, LLC

1627 East Vine St., Suite E

Kissimmee, FL 34744

**As of the petition filing date, the claim is:** *Check all that apply.*

- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

$ 2,100,000.00

**Basis for the claim:** Disputed in full

**Date or dates debt was incurred** Various

**Last 4 digits of account number** ____

**Is the claim subject to offset?**

- [ ] No
- [ ] Yes

Debtor Name Sherwood Construction, Inc. Case number (if known) 6:26-bk-05428-GER

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.67 Nonpriority creditor's name and mailing address**

IMQA Investments, Inc.
4405 Hoffner Ave.
Orlando, FL 32812

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☒ Liquidated and neither contingent nor disputed

$ 1,156,358.99

**Basis for the claim:** Petitioning creditor

**Date or dates debt was incurred** Various

**Last 4 digits of account number** ____

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**3.68 Nonpriority creditor's name and mailing address**

Horton S. Johnson
28750 Orange Avenue
Orlando, FL 32809

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 917,000.00

**Basis for the claim:** Petitioning creditor

**Date or dates debt was incurred** Various

**Last 4 digits of account number** ____

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**3.69 Nonpriority creditor's name and mailing address**

Cape Crossing Vacation Rentals, LLC
4409 Hoffner Avenue, #348
Orlando, FL 32812

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 59,484.00

**Basis for the claim:** Petitioning creditor

**Date or dates debt was incurred** Various

**Last 4 digits of account number** ____

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**3.70 Nonpriority creditor's name and mailing address**

Tri Star
14556 Saint Georges Hill Drive
Orlando, FL 32828

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 47,000.00

**Basis for the claim:** Loan

**Date or dates debt was incurred** Various

**Last 4 digits of account number** ____

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**3.__ Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ ______

**Basis for the claim:** ______

**Date or dates debt was incurred** ______

**Last 4 digits of account number** ____

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Debtor Sherwood Construction, Inc. Case number (if known) 6:26-bk-05428-GER

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | | $ 0.00 |
| 5b. Total claims from Part 2 | 5b. | + | $ 11,204,267.06 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | | $ 11,204,267.06 |

**Fill in this information to identify the case:**

Debtor name Sherwood Construction, Inc.

United States Bankruptcy Court for the: Middle District of Florida (State)

Case number (If known): 6:26-bk-05428-GER Chapter 7

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

**1. Does the debtor have any executory contracts or unexpired leases?**

☒ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| 2.1 | **State what the contract or lease is for and the nature of the debtor's interest** | | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.2 | **State what the contract or lease is for and the nature of the debtor's interest** | | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.3 | **State what the contract or lease is for and the nature of the debtor's interest** | | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.4 | **State what the contract or lease is for and the nature of the debtor's interest** | | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.5 | **State what the contract or lease is for and the nature of the debtor's interest** | | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

**Fill in this information to identify the case:**

Debtor name Sherwood Construction, Inc.

United States Bankruptcy Court for the: Middle District of Florida (State)

Case number (If known): 6:26-bk-05428-GER

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**
   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☒ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Tiered Capital, Inc. | 4409 Hoffner Avenue (Street)<br>Orlando, FL 32812<br>City State ZIP Code | Cortez, c/o Peter F. Carr, Jr., Esq., Carr Law Firm, P.A. | ☐ D<br>☒ E/F<br>☐ G |
| 2.2 | Tiered Capital, Inc. | 4409 Hoffner Avenue (Street)<br>Orlando, FL 32812<br>City State ZIP Code | BILL'D | ☐ D<br>☒ E/F<br>☐ G |
| 2.3 | Martin C. Flynn, Jr. | 14556 Saint Georges Hill Drive (Street)<br>Orlando, FL 32828<br>City State ZIP Code | BILL'D | ☐ D<br>☒ E/F<br>☐ G |
| 2.4 | | Street<br>City State ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 | | Street<br>City State ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 | | Street<br>City State ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |