**Fill in this information to identify the case:**

Debtor name Sherwood Construction, Inc.

United States Bankruptcy Court for the: Middle District of Florida (State)

Case number (if known): 6:26-bk-05428-GER

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1: Income

1. **Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue (Check all that apply) | Gross revenue (before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2026 (MM / DD / YYYY) | to Filing date | ☒ Operating a business<br>☐ Other | $ 0.00 |
| **For prior year:** | From 01/01/2025 (MM / DD / YYYY) | to 12/31/2025 (MM / DD / YYYY) | ☒ Operating a business<br>☐ Other | $ 0.00 |
| **For the year before that:** | From 01/01/2024 (MM / DD / YYYY) | to 12/31/2024 (MM / DD / YYYY) | ☒ Operating a business<br>☐ Other | $ 2,399,338.85 |

2. **Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☒ None

| | | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From ____ (MM / DD / YYYY) | to Filing date | | $ |
| **For prior year:** | From ____ (MM / DD / YYYY) | to ____ (MM / DD / YYYY) | | $ |
| **For the year before that:** | From ____ (MM / DD / YYYY) | to ____ (MM / DD / YYYY) | | $ |

Debtor Sherwood Construction, Inc. Case number (if known) 6:26-bk-05428-GER
Name

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☒ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. Creditor's name<br>Street<br>City State ZIP Code | | $ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other |
| 3.2. Creditor's name<br>Street<br>City State ZIP Code | | $ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☒ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. Insider's name<br>Street<br>City State ZIP Code<br>**Relationship to debtor** | | $ | |
| 4.2. Insider's name<br>Street<br>City State ZIP Code<br>**Relationship to debtor** | | $ | |

Debtor Sherwood Construction, Inc. Case number (if known) 6:26-bk-05428-GER
Name

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | Creditor's name<br>Street<br>City State ZIP Code | | | $ |
| 5.2. | Creditor's name<br>Street<br>City State ZIP Code | | | $ |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| Creditor's name<br>Street<br>City State ZIP Code | Last 4 digits of account number: XXXX– _ _ _ _ | | $ |

## Part 3: Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title / Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Case title: SEE ATTACHMENT A — eleven (11) matters<br>Case number: See Attachment A | See Attachment A | Name<br>See Attachment A<br>Street<br>City State ZIP Code | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | Case title<br>Case number | | Name<br>Street<br>City State ZIP Code | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor Sherwood Construction, Inc. Name | Case number (if known) 6:26-bk-05428-GER

8. **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

**Custodian's name and address** — Custodian's name; Street; City, State, ZIP Code

**Description of the property**

**Value** $

**Case title**

**Court name and address** — Name; Street; City, State, ZIP Code

**Case number**

**Date of order or assignment**

## Part 4: Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. Recipient's name; Street; City, State, ZIP Code; **Recipient's relationship to debtor** | | | $ |
| 9.2. Recipient's name; Street; City, State, ZIP Code; **Recipient's relationship to debtor** | | | $ |

## Part 5: Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| | | | $ |

Debtor Sherwood Construction, Inc. Case number (if known) 6:26-bk-05428-GER
Name

## Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☒ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | | | | $ |

**Address**

Street

City State ZIP Code

**Email or website address**

**Who made the payment, if not debtor?**

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | | | | $ |

**Address**

Street

City State ZIP Code

**Email or website address**

**Who made the payment, if not debtor?**

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☒ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | $ |

**Trustee**

Debtor Sherwood Construction, Inc. Case number (if known) 6:26-bk-05428-GER
Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | Address: Street / City State ZIP Code; Relationship to debtor | | | $ |
| 13.2. | Address: Street / City State ZIP Code; Relationship to debtor | | | $ |

## Part 7: Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | ~~5526 Hansel Avenue~~ (Street)<br>~~Orlando, FL 32809~~ (City State ZIP Code) | From 2022 To 2024 |
| 14.2. | ~~516 Magnolia Avenue, Suite 110~~ (Street)<br>~~Orlando, FL 32801~~ (City State ZIP Code) | From 2021 To 2022 |

Debtor Sherwood Construction, Inc. Case number (if known) 6:26-bk-05428-GER
Name

## Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | Facility name | | |
| | Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** *Check all that apply:* ☐ Electronically ☐ Paper |
| | City State ZIP Code | | |

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.2. | Facility name | | |
| | Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** *Check all that apply:* ☐ Electronically ☐ Paper |
| | City State ZIP Code | | |

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.
☐ Yes. State the nature of the information collected and retained. __________

Does the debtor have a privacy policy about that information?

☐ No
☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
X Yes. Does the debtor serve as plan administrator?

☒ No. Go to Part 10.
☐ Yes. Fill in below:

**Name of plan** __________ **Employer identification number of the plan** EIN: __ __ – __ __ __ __ __ __ __

Has the plan been terminated?

☐ No
☐ Yes

Debtor Sherwood Construction, Inc. Case number (if known) 6:26-bk-05428-GER
Name

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Name<br>Street<br>City State ZIP Code | XXXX–__ __ __ __ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other____ | | $ |
| 18.2. | Name<br>Street<br>City State ZIP Code | XXXX–__ __ __ __ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other____ | | $ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name<br>Street<br>City State ZIP Code | Address | | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name<br>Street<br>City State ZIP Code | Address | | ☐ No<br>☐ Yes |

Debtor Sherwood Construction, Inc. Case number (if known) 6:26-bk-05428-GER
Name

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| Name<br>Street<br>City State ZIP Code | | | $ |

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| <br>Case number | Name<br>Street<br>City State ZIP Code | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name<br>Street<br>City State ZIP Code | Name<br>Street<br>City State ZIP Code | | |

Debtor Sherwood Construction, Inc. Case number (if known) 6:26-bk-05428-GER

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

- [x] No
- [ ] Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |
| Name | Name | | |
| Street | Street | | |
| City State ZIP Code | City State ZIP Code | | |

## Part 13: Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

- [ ] None

| | Business name and address | Describe the nature of the business | Employer Identification number (Do not include Social Security number or ITIN.) |
| --- | --- | --- | --- |
| 25.1 | Name: Tiered Capital, Inc<br>Street: 4409 Hoffner Avenue<br>City State ZIP Code: Orlando, FL 32812 | Parent; owner of 100% of the debtor's equity | EIN: 85-4140976<br>Dates business existed<br>From ____ To ____ |
| 25.2. | Name: Canaveral Crossroads, LLC<br>Street<br>City State ZIP Code | Affiliate; separate involuntary case No. 6:26-bk-05426-GER | EIN: To be provided<br>Dates business existed<br>From ____ To ____ |
| 25.3. | Name: Cape Crossing Resorts, Inc.<br>Street<br>City State ZIP Code | Approx. 7% equity interest held by the debtor. See Attachment B. | EIN: To be provided<br>Dates business existed<br>From ____ To ____ |

Debtor Sherwood Construction, Inc. Case number (if known) 6:26-bk-05428-GER
Name

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

**Name and address** — **Dates of service**

26a.1. ~~Babione Kuehler & Company~~
Name
~~4060 Edgewater Drive~~
Street

~~Orlando, FL 32804-2860~~
City State ZIP Code

From ______ To ______

**Name and address** — **Dates of service**

26a.2. Name
Street
City State ZIP Code

From ______ To ______

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None

**Name and address** — **Dates of service**

26b.1. Name
Street
City State ZIP Code

From ______ To ______

**Name and address** — **Dates of service**

26b.2. Name
Street
City State ZIP Code

From ______ To ______

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

**Name and address** — **If any books of account and records are unavailable, explain why**

26c.1. ~~Babione Kuehler & Company~~
Name
~~4060 Edgewater Drive~~
Street

~~Orlando, FL 32804-2860~~
City State ZIP Code

~~No books or records are known to be unavailable.~~

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.2 | ~~Sherwood Construction, Inc.~~ (Name)<br>~~4409 Hoffner Avenue, Suite 348~~ (Street)<br>~~Orlando, FL 32812~~ (City, State, ZIP Code) | ~~No books or records are known to be unavailable.~~ |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

**Name and address**

26d.1 Name ____ Street ____ City ____ State ____ ZIP Code ____

**Name and address**

26d.2 Name ____ Street ____ City ____ State ____ ZIP Code ____

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | $ |

**Name and address of the person who has possession of inventory records**

27.1. Name ____ Street ____ City ____ State ____ ZIP Code ____

Debtor Sherwood Construction, Inc. Case number (if known) 6:26-bk-05428-GER
Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | $ |

Name and address of the person who has possession of inventory records

27.2.
Name
Street

City State ZIP Code

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Tiered Capital, Inc. | 4409 Hoffner Avenue, Orlando, FL 32812 | Parent and controlling shareholder | 100% |
| Horton S. Johnson | 4409 Hoffner Avenue, Orlando, FL 32809 | Director | 0% |
| | | | |
| | | | |
| | | | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☒ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Martin C. Flynn, Jr. | 14556 Saint Georges Hill Drive, Orlando, FL 32828 | Former President and Director | From — To 07/2026 |
| | | | From ____ To ____ |
| | | | From ____ To ____ |
| | | | From ____ To ____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☒ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. Name | | | |
| Street | | | |
| City State ZIP Code | | | |
| Relationship to debtor | | | |

**Name and address of recipient**

30.2 ______
Name
______
Street
______
______
City State ZIP Code

**Relationship to debtor**

______

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
☒ Yes. Identify below.

**Name of the parent corporation**: Tiered Capital, Inc.

**Employer Identification number of the parent corporation**: EIN: 8 5 - 4 1 4 0 9 7 6

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

**Name of the pension fund**: ______

**Employer Identification number of the pension fund**: EIN: __ __ - __ __ __ __ __ __ __

## Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 09/15/2026
MM / DD / YYYY

✗ ______ Printed name Ross Johnston
Signature of individual signing on behalf of the debtor

Position or relationship to debtor Chief Restructuring Officer

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No
☒ Yes

**Debtor:** Sherwood Construction, Inc. **Case number:** 6:26-bk-05428-GER

## Attachment A to Official Form 207 — Question 7

Legal Actions, Administrative Proceedings, Court Actions, Executions, Attachments, and Audits

*The following matters involved the debtor in some capacity within 1 year before the petition date of July 20, 2026. Unless otherwise noted, actions in which the debtor is a defendant are stayed as to the debtor by 11 U.S.C. § 362(a); actions in which the debtor is a plaintiff are not stayed.*

| No. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1 | Ebenezer Stone, LLC v. Sherwood Construction, Inc. | Civil — money damages / account (debtor is defendant) | Circuit Court, Ninth Judicial Circuit, Orange County, FL<br>No. 2024-CA-004682-O | Pending. Noticed for non-jury trial; default posture. Stayed as to the debtor by § 362. |
| 7.2 | Bill'd Exchange v. Sherwood Construction, Inc. | Civil — account / money damages (debtor is defendant) | Circuit Court, Ninth Judicial Circuit, Orange County, FL<br>No. 2024-CA-006465-O | Judgment entered. Motion to vacate and motion to dismiss for lack of subject-matter jurisdiction pending; notice of bankruptcy stay filed 1/29/2026. Claim disputed. |
| 7.3 | Reyes Florida Carpentry, Inc. v. Austin Commons, LP, et al. | Civil — construction / money damages (debtor is defendant) | Circuit Court, Fifth Judicial Circuit, Lake County, FL<br>No. 35-2024-CA-001619-AXXX-01 | Pending. Motion to dismiss on file; default posture. Stayed as to the debtor by § 362. |
| 7.4 | Stratus Roofing v. Sherwood Construction, Inc. | Civil — account / money damages (debtor is defendant) | Circuit Court, Florida<br>Case number to be provided | Pending. Complaint filed 9/24/2024; plaintiff's motion for summary judgment and affidavit of damages filed 5/22/2026. Stayed as to the debtor by § 362. |
| 7.5 | ABC Supply Co., Inc. v. Sherwood Construction, Inc. | Civil — account / money damages (debtor is defendant) | Circuit Court, Pinellas County, FL<br>No. 24-1743-CI | Concluded. Settled 5/7/2025 for six payments of $10,157.07 beginning 6/1/2025; final payment 11/1/2025. |
| 7.6 | Cape Crossing Condominium Association, Inc. v. Canaveral Crossroads, LLC and Sherwood Construction, Inc. | Civil — construction defect (debtor is defendant) | Circuit Court, Eighteenth Judicial Circuit, Brevard County, FL<br>No. 05-2026-CA-035316 | Pending. Case management order entered 6/25/2026. Stayed as to the debtor by § 362. |
| 7.7 | Austin Commons GP, LLC and Cherry Village GP, LLC v. Sherwood Construction, Inc. and Martin C. Flynn, Jr.; and Sherwood Construction, Inc. v. Cherry Village / Eustis | Civil — two related actions; debtor is defendant in one and plaintiff in the other | State of Tennessee<br>No. 25-1562-I (second case number to be provided) | Pending. The debtor's affirmative claims are not stayed; claims against the debtor are stayed by § 362. |
| 7.8 | 650 85th LLC, Sherwood Construction, Inc., and Martin C. Flynn, Jr. v. PEDIXON, LLC | Civil — affirmative claims (debtor is plaintiff) | Circuit Court, Sixteenth Judicial Circuit, Monroe County, FL<br>No. 44-2025-CA-000518-AO-01MR; removed to Adversary No. 6:26-ap-00068 (Bankr. M.D. Fla.) | Pending. Mediation ordered; trial cancelled on the bankruptcy filing. Now prosecuted as an adversary proceeding. Not stayed. |
| 7.9 | PEDIXON, LLC and ZPD, LLC v. Martin C. Flynn, Jr., MTF Holdings, LLC, Sherwood Construction, Inc., 650 85th LLC, IMQA Investments, Inc., Amar, and Johnson | Civil — guaranty enforcement / money damages (debtor is co-defendant) | Circuit Court, Ninth Judicial Circuit, Osceola County, FL<br>No. 2025-CA-002359-CI; notice of removal to this case filed | Pending. Motion to dismiss for lack of subject-matter jurisdiction heard 8/4/2026. Stayed as to the debtor by § 362. |

| No. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.10 | Sherwood Construction, Inc. — claim of lien and lien contest (Goulds / Surfside Point) | Construction lien proceeding (debtor is lienor / claimant) | Miami-Dade County, FL<br>Claim of lien recorded 1/6/2025; case number to be provided | Pending. Notice of contest of lien and notice of lien challenge filed by the owner. The debtor asserts an affirmative claim scheduled at $1,320,000. |
| 7.11 | In re: Complaint of Sherwood Construction, Inc. against Alison Pitkanen, Esq. | Administrative — attorney disciplinary grievance (debtor is complainant) | The Florida Bar, Orlando Branch Office<br>Assigned to E. Charles Park | Pending. Complaint filed 12/29/2025; transferred and acknowledged 3/23/2026; respondent's response received. |

**Debtor:** Sherwood Construction, Inc. **Case number:** 6:26-bk-05428-GER

## Attachment B to Official Form 207 — Question 25

Other Businesses in Which the Debtor Has or Has Had an Interest Within 6 Years Before Filing

*Entries 25.1 through 25.3 are also shown on the form. Dates each interest was held are to be supplied.*

| No. | Business name | Address | Nature of the business / relationship to debtor | EIN |
|---|---|---|---|---|
| 25.1 | Tiered Capital, Inc. | 4409 Hoffner Avenue, Orlando, FL 32812 | Parent; owner of 100% of the debtor's equity; intercompany receivable due to the debtor | 85-4140976 |
| 25.2 | Canaveral Crossroads, LLC | Address to be provided | Affiliate; subject of a separate involuntary case, No. 6:26-bk-05426-GER (Bankr. M.D. Fla.) | To be provided |
| 25.3 | Cape Crossing Resorts, Inc. | Address to be provided | Minority equity interest of approximately seven percent (7%) held by the debtor | To be provided |
| 25.4 | Cape Crossing Vacation Rentals, LLC | 4409 Hoffner Avenue, #348, Orlando, FL 32812 | Related entity; intercompany note receivable due to the debtor | To be provided |
| 25.5 | 650 85th LLC | Address to be provided | Related entity; co-plaintiff with the debtor in the Monroe County action against PEDIXON, LLC | To be provided |
| 25.6 | Boatworks (AGPM / BW) | Address to be provided | Note receivable / investment interest held by the debtor | To be provided |