**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In re: Case No. 6:26-bk-05428-GER
Chapter 11

**SHERWOOD CONSTRUCTION, INC.,**

Debtor.
_______________________________________/

**DEBTOR'S STATEMENT REGARDING**
**SMALL BUSINESS AND SUBCHAPTER V STATUS**
**(FED. R. BANKR. P. 1020)**

Sherwood Construction, Inc., the debtor and debtor in possession, states under *Fed. R. Bankr. P.* 1020 that it is not a small business debtor and does not elect to proceed under subchapter V of chapter 11, and states:

**1.** An involuntary petition was filed against the Debtor on July 20, 2026. The court entered an order for relief and converted the case to one under chapter 11 on September 8, 2026 [Doc. 8].

**2.** A small business debtor must have aggregate noncontingent liquidated secured and unsecured debts of not more than the amount 11 U.S.C. § 101(51D) fixes, as adjusted. The Debtor's scheduled unsecured debt is $11,204,267.06, of which the noncontingent and liquidated portion exceeds that amount by a wide margin. The Debtor therefore is not a small business debtor.

**3.** For the same reason the Debtor is not eligible to proceed under subchapter V of chapter 11, and it does not elect to do so.

**4.** The Debtor will file the monthly operating reports and comply with the reporting obligations that apply to a chapter 11 debtor in possession that is not a small business debtor.

Dated: September 15, 2026

________________________________________
Ross Johnston
Chief Restructuring Officer for Sherwood Construction, Inc.

Respectfully submitted,

/s/ Christopher L. Smith
Christopher L. Smith, Esquire
Florida Bar No. 367461
Fromang & Smith, P.A.
4767 New Broad Street
Orlando, Florida 32814
Telephone: (407) 999-9739
Email: chris@fromangsmith.com

Counsel for the Debtor in Possession

## CERTIFICATE OF SERVICE

I certify that on September 15, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all parties registered to receive electronic notice in this case.

/s/ Christopher L. Smith
Christopher L. Smith, Esquire