UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

Sherwood Construction, Inc | Case No. 6:26-bk-05428-GER

Debtor. | Chapter 11

________________________________/

**NOTICE OF APPEARANCE**
**AND REQUEST FOR COPIES**

**PLEASE TAKE NOTICE** that the undersigned counsel appears in this case on behalf of Cape Crossing Townhomes Homeowners Association, Inc. and Cape Crossing Condominium Association, Inc. (collectively, the Associations), parties in interest in this Chapter 11 case and plaintiffs in the removed state-court action styled Cape Crossing Townhomes Homeowners Association, Inc., and Cape Crossing Condominium Association, Inc. v. Canaveral Crossroads, LLC, et al., Brevard County Case No. 05-2025-CA-022944-XXCA-BC.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to 11 U.S.C. § 1109(b), Federal Rule of Bankruptcy Procedure 2002, and Federal Rule of Bankruptcy Procedure 9007, the Associations request that all notices, pleadings, motions, applications, objections, orders, and other papers filed, served, or required to be served in this case be provided to the undersigned counsel through the Court's CM/ECF system and, to the extent applicable, at the service addresses set forth below.

**PLEASE TAKE FURTHER NOTICE** that this request includes notices and papers concerning, without limitation, use, sale, lease, or other disposition of estate property; proposed financing or cash-collateral use; employment and compensation of professionals; claims, objections, and estimation proceedings; motions to assume, reject, or assign executory contracts or unexpired leases; disclosure statements; plans; confirmation; requests for relief from stay; and any matter affecting the Associations'

rights or interests in this Chapter 11 case.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Request for Copies nor any later appearance, pleading, claim, objection, or other filing by the Associations shall constitute a waiver of any right, claim, defense, setoff, recoupment, remedy, jury-trial right, right to seek withdrawal of the reference, or right to consent or withhold consent to final adjudication by the Bankruptcy Court in any non-core proceeding. All such rights are expressly reserved.

Respectfully submitted,

September 11, 2026
Counsel for
Cape Crossing Condominium Association, Inc.
/s/ J. Christopher Crowder
J. Christopher Crowder,
FBN50562
Faro & Crowder, P.A.
700 N. Wickham Road
Suite 205
Melbourne,FL32935
321-784-8158
Jcrowder@farolaw.com
farolawpleadings@gmail.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 11, 2026, I filed the foregoing Notice of Appearance and Request for Copies through the Court's CM/ECF system, which will transmit a notice of electronic filing to all registered CM/ECF users. I further certify that any party not receiving notice through CM/ECF was served by the method required by the Federal Rules of Bankruptcy Procedure and applicable local rules.

/s/ J. Christopher Crowder
J. Christopher Crowder,