**ORDERED.**

**Dated: September 30, 2026**

Grace E. Robson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| Sherwood Construction, Inc., | ) | Case No. 6:26-bk-05428-GER |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | |

**ORDER GRANTING MOTION FOR JOINT ADMINISTRATION**

THIS CASE came before the Court for consideration of the *Motion of Canaveral Crossroads, LLC and Sherwood Construction, Inc. for Joint Administration of Their Chapter 11 Cases* (Doc. No. 27) (the "Motion") filed in this case seeking joint administration with *In re Canaveral Crossroads, LLC*, Case No. 6:26-bk-05426-GER (collectively, the "Bankruptcy Cases").[1] The Court, having reviewed the Motion and the record, finds that joint administration of the Bankruptcy Cases is justified. Accordingly, it is

**ORDERED**:

1. The Motion is **GRANTED**.

[1] Debtor Canaveral Crossroads, LLC also filed the *Motion of Canaveral Crossroads, LLC and Sherwood Construction, Inc. for Joint Administration of Their Chapter 11 Cases* in *In re Canaveral Crossroads, LLC*, Case No. 6:26-bk-05426-GER. *See* Case No. 6:26-bk-05426-GER, Doc. No. 58. A separate order shall be entered in that case contemporaneously with this Order.

2. The Bankruptcy Cases shall be jointly administered. *In re Canaveral Crossroads, LLC*, Case No. 6:26-bk-05426-GER, is designated as the "Lead Case."

3. The Clerk of Court shall maintain a single case docket using the Lead Case number.

4. The Clerk of Court shall maintain separate claims registers and ballot files (if separate plans are filed) for each of the Bankruptcy Cases.

5. Except as otherwise set forth below, all papers including, without limitation, motions, applications, notices, monthly operating reports, and orders shall be filed in the Lead Case and shall bear the following joint administration caption:

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | | |
|---|---|---|
| In re | ) | |
| | ) | Chapter 11 |
| Canaveral Crossroads, LLC and | ) | Case No. 6:26-bk-05426-GER |
| Sherwood Construction, Inc., | ) | Case No. 6:26-bk-05428-GER |
| | ) | |
| Debtors. | ) | Jointly Administered *under* |
| | ) | Case No. 6:26-bk-05426-GER |

6. The Clerk of Court shall give notice to all CM/ECF filers and PACER users that all future filings shall be filed and docketed in the Lead Case.

7. The following papers shall be filed in the separate Bankruptcy Cases, captioned with the name and case number for that particular case:

a. List of creditors pursuant to Rule 1007(d) of the Federal Rules of Bankruptcy Procedure;

b. Schedules and statements of financial affairs (and any amendments thereto);

c. Claims and notices of transfers of claims (however, objections to claims shall be filed in the Lead Case and shall specify the jointly administered case to which the objection applies);

d. Ballots (if separate plans are filed); and

e. Motions for final decree.

8. Each of the jointly administered Debtors shall file separate monthly operating reports to be docketed in the Lead Case.

9. Papers and orders that pertain to one or more specific Debtor(s) shall be filed in the Lead Case; however, the caption of the paper or order shall designate the specific Debtor(s) to which the paper or order applies. The caption of the paper and or order shall be in the following form:

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | | |
|---|---|---|
| In re<br><br>Canaveral Crossroads, LLC and<br>Sherwood Construction, Inc.,<br><br>Debtors. | ) | Chapter 11<br>Case No. 6:26-bk-05426-GER<br>Case No. 6:26-bk-05428-GER<br><br>Jointly Administered *under*<br>Case No. 6:26-bk-05426-GER |
| In re<br><br>[Name of specific Debtor],<br>[Case Number]<br><br>Applicable Debtor. | ) | |

10. Debtors-in-possession, or if applicable, trustees, shall not commingle assets or liabilities unless and until the Court determines, after notice and hearing, that grounds exist to order substantive consolidation of the Bankruptcy Cases.

11. If creditors are added to the matrices of the administratively consolidated Debtors, counsel for Debtors shall serve this Order on all added creditors and file proof of such service in the Lead Case.

# # #

Attorney Christopher Smith is directed to serve a copy of this Order on interested parties who do not receive service by CM/ECF and to file a proof of service within three days of entry of this Order.