**[Docstkcr]** [District Order Striking Creditors]

ORDERED.

**Dated: October 15, 2026**

Grace E. Robson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

Case No.
6:26−bk−05428−GER
Chapter 11

Sherwood Construction, Inc.

Debtor* /

CONDITIONAL ORDER STRIKING CREDITORS

THIS CASE came on for consideration, without hearing, of the Schedule(s) E/F filed on September 29, 2026, [Doc. No. 28 ], containing creditors not on the original matrix. The filing fee of $34.00 required pursuant to 28 U.S.C. 1930(b) has not been paid. Accordingly, it is

***ORDERED:***

The Debtor, or counsel for the Debtor, is directed to pay the required filing fee of $34.00 within 14 days of the date of this order. In the event that the filing fee is not paid, Creditors Bank of America, N.A., Cape Crossing Condominium Association, Inc. shall be deemed stricken. An amendment to schedules with the appropriate filing fee will be required to add the stricken creditors.

The Clerk's Office is directed to serve a copy of this order on interested parties.

*All references to "Debtor" refer to both debtors in a case filed jointly by two individuals.