UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

10/14/2026 01:30 PM

COURTROOM 6D, 6th Floor

HONORABLE GRACE ROBSON

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **6:26-bk-05428-GER** | **11** | **07/20/2026** |

**Chapter 11**

**DEBTOR:**

**DEBTOR ATTY:** **NA**

**TRUSTEE:** **NA**

**HEARING:**

INITIAL STATUS CONFERENCE
PENDING:
Disclosure Statement (Doc #17)
Chapter 11 Plan (Doc #21)
Note:
Converted: 9/8/26; 10/19/26
341 scheduled 10/7/26
Claims Deadline: 9/28/26
Case Summary (Doc #13)
Schedules (Doc #28)
Jointly Admin with Lead: 26-5426 Canaveral

**APPEARANCES:**: Christopher Smith (Debtor); Audrey Aleskovsky (US Trustee Atty)

**RULING:**
INITIAL STATUS CONFERENCE - now jointly administered with 26-5426 Canaveral Crossroads;
(gww).

Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.